UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT KEITH BELL,

    Plaintiff,

v.

WILLIAMS, et al.,

    Defendants.

Case No. 18-cv-01245-SI

**JUDGMENT**

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 12, 2018

_____
SUSAN ILLSTON
United States District Judge