UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS, et al.,<br><br>Defendants. | Case No. 18-cv-01245-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 26 |

Defendants have filed an *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Rebecca Bers, the court GRANTS the request. Docket No. 26. The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **April 3, 2020**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **May 1, 2020**. Defendants must file and serve their reply brief (if any) no later than **May 15, 2020.**

**IT IS SO ORDERED**.

Dated: January 22, 2020

_____
SUSAN ILLSTON
United States District Judge