1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT KEITH BELL,

Plaintiff,

v.

CITY AND COUNTY OF SAN
FRANCISCO, *et al*.,

Defendants.

Case No. 18-cv-01245-SI

**ORDER CONTINUING APRIL 10, 2020
CASE MANAGEMENT CONFERENCE
TO MAY 22, 2020 AT 3:00 PM; CASE
MANAGEMENT ORDER**

A case management conference is currently scheduled for April 10, 2020 at 3:00 p.m. The Court has reviewed the parties' joint case management conference statement and has determined that it is appropriate to continue the conference until **May 22, 2020 at 3:00 p.m.** The parties shall file a joint case management conference statement on May 15, 2020.

The Court enters the following case management order. Plaintiff is granted leave to file an amended complaint by **April 24, 2020**. The parties may begin discovery. The Court finds it premature to enter an order regarding electronically-stored information ("ESI"), and if any ESI is in fact stored on a proprietary software platform, plaintiff may renew his request for an order addressing that issue. As requested by the parties, the Court will defer setting a trial schedule until the May 22, 2020 case management conference.

**IT IS SO ORDERED**.

Dated: April 6, 2020

_____
SUSAN ILLSTON
United States District Judge