UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT KEITH BELL,

                Plaintiffs,

      v.

WILLIAMS, et al.,

                Defendants.

Case No.  18-cv-01245-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **November 20, 2020 at 3:00 PM**.
Counsel **must** file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  **September 11, 2020**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **March 5, 2021**

DESIGNATION OF EXPERTS: **April 2, 2021**; REBUTTAL: **April 16, 2021**;
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **June 25, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by; **August 6, 2021**;
      Opp. Due: **August 20, 2020**; Reply Due: **August 27, 2020**;
      and set for hearing no later than **September 10, 2020 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **February 2, 2022 at 3:30 PM**. Pretrial paperwork due **January 18, 2022**.

JURY TRIAL DATE: **February 15, 2022 at 8:30 AM**.
      Courtroom 1, 17th floor.

JURY TRIAL LENGTH is estimated to be 3-5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: September 9, 2020

SUSAN ILLSTON
United States District Judge