UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAMS, et al.,<br><br>    Defendants. | Case No.  18-cv-01245-SI  (SI)<br><br>**AMENDED PRETRIAL SCHEDULING AND PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR DEADLINE:  Further Settlement Conference with Judge Illman during: May 2021.

FURTHER CASE MANAGEMENT: June 4, 2021 at 3:00 PM.
Counsel *must* file a joint case management statement by: May 28, 2021.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  March 5, 2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

**NON-EXPERT DISCOVERY CUTOFF is: May 7, 2021.**

**DESIGNATION OF EXPERTS: June 4, 2021; REBUTTAL: June 18, 2021;**
    Parties **SHALL** conform to Rule 26(a)(2).

**EXPERT DISCOVERY CUTOFF is: August 27, 2021.**

**DISPOSITIVE MOTIONS SHALL be filed by; September 3, 2021;**
    **Opp. Due: September 17, 2021; Reply Due: September 24, 2021;**
    **and set for hearing no later than October 8, 2021 at 10:00 AM.**

PRETRIAL CONFERENCE DATE: February 2, 2022 at 3:30 PM.

JURY TRIAL DATE: February 15, 2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3-5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: December 7, 2020

_____
SUSAN ILLSTON
United States District Judge

*\*\*Amended dates are in bold.*