DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5342
Telephone:      (415) 554-3857
Facsimile:       (415) 554-3837
E-Mail:            edmund.wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
YVETTE WILLIAMS, MICHELE FISHER,
ANTHONY BRYANT, JOHNSON BUI, ROBERT DALY,
KRISTIAN DEJESUS, ANDY LEUNG, DENNIS WALSH,
and ROBERT YEUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>　　Defendants. | Case No. 3:18-CV-01245-SI<br><br>**JOINT STIPULATION AND ORDER MODIFYING THE COURT'S AMENDED PRETRIAL SCHEDULING ORDER RE: EXPERT REBUTTAL AND EXPERT DISCOVERY**<br><br>Judge:　　　　　Hon. Susan Illston<br><br>Complaint Filed:　December 4, 2020<br>(Fifth Amended)<br>Trial Date:　　　February 15, 2022 |

The parties submit the following joint stipulation modifying the Court's Amended Pretrial Scheduling Order (ECF No. 74), as to the non-expert discovery schedule as follows:

WHEREAS the deadline for Designation of Experts was extended to July 23, 2021, and the deadline for Rebuttal to August 6, 2021 (ECF No. 93);

WHEREAS the deadline for Designation of Experts was again extended to July 31, 2021, and the deadline for Rebuttal to August 13, 2021 (ECF No. 101);

1     WHEREAS the Expert Discovery Cutoff is currently August 27, 2021;

2     WHEREAS the deadline to file Dispositive Motions is September 3, 2021;

3     WHEREAS the parties desire additional time to disclose Rebuttal experts and to schedule the depositions of their respective experts;

5     WHEREAS extending the Rebuttal deadline and Expert Discovery Cutoff will not affect the deadline for Dispositive Motions or the Trial Date.

7     NOW THEREFORE the Parties hereby STIPULATE and request the Court ORDER THAT:

8     1.    The deadline for **REBUTTAL** experts shall be extended to **October 1, 2021**; and

9     2.    The **EXPERT DISCOVERY CUTOFF** shall be extended to **December 10, 2021**.

10     IT IS SO STIPULATED.

Dated:  August 13, 2021

                  SIEGEL, YEE, BRUNNER & MEHTA

            By: */s/ Andrew Chan Kim*
                 Andrew Chan Kim

                 Attorneys for Plaintiff
                 VINCENT KEITH BELL

Dated:  August 13, 2021

                 DENNIS J. HERRERA
                 City Attorney
                 MEREDITH B. OSBORN
                 Chief Trial Deputy
                 EDMUND T. WANG
                 Deputy City Attorney

            By:  */s/ Edmund T. Wang*
                 EDMUND T. WANG

                 Attorneys for Defendants
                 CITY AND COUNTY OF SAN FRANCISCO, YVETTE WILLIAMS, MICHELE FISHER, ANTHONY BRYANT, JOHNSON BUI, ROBERT DALY, KRISTIAN DEJESUS, ANDY LEUNG, DENNIS WALSH, and ROBERT YEUNG

**ATTESTATION OF SIGNATURES**

I, Edmund T. Wang, pursuant to Local Rule 5-1(i)(3) of the Northern District of California, attest that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated:  August 13, 2021

By:  */s/ Edmund T. Wang*
EDMUND T. WANG

Attorney for Defendants

**ORDER**

Pursuant to the parties' stipulation and good cause appearing therefore, the joint stipulation is granted. It is hereby **ORDERED** that the Pretrial Scheduling Order is modified as follows:

1. The deadline for **REBUTTAL** experts shall be extended to **October 1, 2021**; and
2. The **EXPERT DISCOVERY CUTOFF** shall be extended to **December 10, 2021**.

DATE: August 13, 2021         By: /s/ Susan Illston
                              Hon. Susan Illston
                              United States District Judge