UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>YVETTE WILLIAMS, *et al.*,<br><br>    Defendants. | Case No. 18-cv-01245-SI<br><br>**VERDICT FORM** |

1.  As to Claim 1, has plaintiff Vincent Bell proven by a preponderance of the evidence that defendant Yvette Williams used excessive force against him in violation of the Fourteenth Amendment of the United States Constitution?

Yes _____   No _____

Please answer the next question.

2.  As to Claim 2, has plaintiff Vincent Bell proven by a preponderance of the evidence that defendant Yvette Williams' decision to place him in a safety cell violated his rights under the Fourteenth Amendment of the United States Constitution?

Yes _____   No _____

Please answer the next question.

3.  As to Claim 3, has plaintiff Vincent Bell proven by a preponderance of the evidence that defendant Yvette Williams retaliated against him in violation of his rights under the First Amendment of the United States Constitution?

Yes _____   No _____

If you answered "no" to all of the above, do not answer Question 4. Instead, skip to Question 5. If you answered "yes" to any of the above, please answer the next question.

4. As to Claim 4, has plaintiff Vincent Bell proven by a preponderance of the evidence that the City and County of San Francisco failed to train deputized staff on the proper use of the SORT and the safety cell?

Yes _____         No _____

Please answer the next question.

5. As to Claim 5, has plaintiff Vincent Bell proven by a preponderance of the evidence that the City and County of San Francisco violated his rights under the Americans with Disabilities Act/Rehabilitation Act?

Yes _____         No _____

If you answered "no" to all of the previous questions, do not consider any of the remaining questions and go to the end of the verdict form. Please have the jury foreperson sign and date the form, and return it to the courtroom deputy. If you answered "yes" to any of the preceding questions, please answer the next question.

6. Has plaintiff Vincent Bell proven by a preponderance of the evidence that the defendants caused physical harm to plaintiff Vincent Bell?

Sergeant Williams                  Yes _____         No _____
City and County of San Francisco   Yes _____         No _____

Please answer the next question.

3

7. Has plaintiff Vincent Bell proven by a preponderance of the evidence that the defendants caused emotional harm to plaintiff Vincent Bell?

Sergeant Williams			Yes _____		No _____

City and County of San Francisco	Yes _____		No _____

If you answered "no" to Questions 6 and 7, but answered "yes" to any of Questions 1-5, you must award nominal damages of up to one dollar.  $ _____.  Please skip Question 8 and answer Question 9.

If you answered "yes" to Question 6 and/or Question 7, please answer the next question.

8. State the amount of compensatory damages proven by plaintiff Vincent Bell.

$ _____

Please answer the next question.

9. Has plaintiff Vincent Bell proven by a preponderance of the evidence that defendant Sergeant Williams' conduct was malicious, oppressive or committed in reckless disregard of plaintiff Vincent Bell's constitutional rights?

Yes _____		No _____

Please have the foreperson sign and date this form.

Dated: _____			_____
                                                                          Foreperson

4