UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KEITH BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants. | Case No. 18-cv-01245-SI<br><br>**ORDER RE: DEFENDANTS' MOTION TO STAY**<br><br>Re: Dkt. No. 291 |

On October 20, 2023, the Court held a hearing on defendants' motion to stay injunctive relief pending appeal. At the hearing, the Court inquired whether the City's concerns would be addressed by modifying language in the injunction from "In a non-emergency situation, custody staff shall consult with medical staff prior to any determination about removing or denying a medically prescribed device when moving an inmate into a safety cell or performing a SORT cell extraction" to "In a non-emergency situation, custody staff *may* consult with medical staff prior to any determination about removing or denying a medically prescribed device when moving an inmate into a safety cell or performing a SORT cell extraction." On October 26, the City filed a response stating the proposed revision addresses the City's concerns.

The Court finds it appropriate to modify the injunction and will issue an amended judgment. This order and the amended judgment resolves the pending motion.

**IT IS SO ORDERED**.

Dated: October 27, 2023

                                        SUSAN ILLSTON
                                        United States District Judge