DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

Attorneys for Plaintiff
VINCENT KEITH BELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VINCENT KEITH BELL, | ) | Case No.: 3:18-cv-01245-SI |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | ) ) | |
| CITY AND COUNTY OF SAN FRANCISCO and YVETTE WILLIAMS | ) ) ) | |
| Defendants. | ) | |

On October 24, 2024, plaintiff Vincent Bell and defendants City and County of San Francisco and Yvette Williams (collectively "parties") reached a conditional settlement in this matter. (ECF No. 316.) The parties signed a Full and Final Release and all other conditions and terms of the release have been met. The parties therefore stipulate to the dismissal of this matter with prejudice.

///

///

Dated: June 17, 2025

            SIEGEL, YEE, BRUNNER & MEHTA

            By: */s/ EmilyRose Johns*
              EmilyRose Johns

            Attorneys for Plaintiff
            VINCENT KEITH BELL

Dated: June 17, 2025

            DAVID CHIU
            City Attorney
            JENNIFER E. CHOI
            Chief Trial Deputy
            EDMUND T. WANG
            RENÉE E. ROSENBLIT
            Deputy City Attorneys

            By: */s/ Edmund T. Wang*
              Edmund T. Wang

            Attorneys for Defendants
            CITY AND COUNTY OF SAN FRANCISCO, and
            YVETTE WILLIAMS

# [PROPOSED] ORDER

Pursuant to the terms of settlement and the stipulation of the parties, this matter is dismissed with prejudice.

IT IS SO ORDERED.

DATE: _____, 2025             _____

                                                          Hon. Susan Illston
                                                          United States District Judge